UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC., ETC.,

    Plaintiff(s)

v.                                          Civ. No. 98-1971(PG)

MIRAMAR CAR SALES, INC.,

    Defendant(s)

| MOTION | ORDER |
|---|---|
| Docket #6 - Motion for Withdrawal of Legal Representation | Granted |

**Date:** November 18, 1999.

JUAN M. PEREZ-GIMENEZ
USDJ.