UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*RECEIVED AND FILED
00 APR 11 PM 3:15
U.S. CLERK'S OFFICE
SAN JUAN, P.R.*

TAG/ICIB SERVICES, INC., et al,

    Plaintiffs,

    v.                                Civ. No. 98-1971(PG)

MIRAMAR CAR SALES, INC.,

    Defendant.

| MOTION | ORDER |
| --- | --- |
| Docket #8 - Motion For Entry Of Judgment By Default. | *Granted* |

Date: _____April 10_____, 2000.

*[signature]*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge