IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. as agent
of TRAILER BRIDGE, INC.

    Plaintiff

vs.

MIRAMAR CAR SALES, INC.

    Defendant

CIVIL NO. 98-1971 (PG)

COLLECTION OF FREIGHT

**JUDGMENT**

Upon plaintiff's application for Judgment, and appearing from the records of the above entitled cause that default was entered by the Clerk of this Court against defendant for his failure to plead or file an answer to the Complaint, against which plaintiff is entitled to a judgment by default, and the Court being fully advised in the premises, Judgment is now entered against defendant.

IT IS HEREBY ORDERED that defendant pay TAG/ICIB Services, Inc. as agent for Trailer Bridge, Inc. the amount of $7,948.50 for freight owed pursuant to the applicable tariffs, plus interest, costs and attorneys fees.

SO ORDERED.

In San Juan, Puerto Rico, this 10th day of April 2000.

*[signature]*
U.S. DISTRICT JUDGE