IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TAG/ICIB SERVICES, INC. as
agent for TRAILER BRIDGE, INC.

                                CIVIL NO.: 98-1971 (PG)

    Plaintiff

                                COLLECTION OF FREIGHT

    vs.

MIRAMAR CAR SALES, INC.

    Defendant

---

**ORDER OF ATTACHMENT**

Upon plaintiff's Motion for Execution of the Judgment entered by this Court on April 11, 2000, and it appearing from the records of this Court and from plaintiff's motion that the defendant failed to pay to the plaintiff the sums of money adjudged to be paid under the said judgment, and it appearing further that more than ten days have elapsed from the entry of judgment;

IT IS HEREBY ORDERED that cash, checks, monies in banks or other institutions, accounts receivable, promissory notes, stock, bonds, equipment, securities, and any other property of Miramar Car Sales, Inc., subject to attachment, up to a value of $7,948.50 plus interest and costs, be attached, garnished, or seized to satisfy the amount owed pursuant to the Judgment entered by this Court in this action and the costs and attorney's fees incurred in the execution of the Writ of Attachment; it is further



Order of Attachment
Civil No. 98-1971 (PG)
Page 2

ORDERED that the properties to be attached in compliance with this Order consist of those designated by the plaintiff in the manner provided for by the laws of Puerto Rico; it is further

ORDERED that the Clerk of this Court issue a Writ of Attachment, without bond, since the relief requested is subsequent to the entry of the above mentioned Judgment, directed to Reinaldo E. Cestero a private party designated to execute the Writ of Attachment in lieu of the U.S. Marshal, directing him to attach, garnish or seize any or all merchandise, funds or other property of, or in the possession of Miramar Car Sales, Inc., up to the value of $7,948.50, plus interest and costs, in addition to the costs and attorney's fees incurred in the attachment, as may be designated by plaintiff, including property in the possession of other persons. All such properties shall be seized and deposited in the office of the Clerk of the Court should they be monies or if they consist of other personal property by placing the same under the custody of the custodian named in this Order; and in the event of garnishment, by giving notice of this Order to Miramar Car Sales, Inc. and requiring the surrender of the property or payment of the money to Reinaldo E. Cestero the private party designated in lieu of the U.S. Marshal, at the time the obligation to Trailer Bridge, Inc. becomes due and payable. Reinaldo E. Cestero the

Order of Attachment
Civil No. 98-1971 (PG)
Page 3

private party designated in lieu of the U.S. Marshal is hereby authorized to break and open locks as may be necessary to execute the attachment; it is further

ORDERED that Reinaldo E. Cestero the private party designated in lieu of the U.S. Marshal shall thereafter file a return of execution describing the property attached, garnished or seized pursuant to this Order; it is further

ORDERED that the custodian hereby appointed on request of plaintiff shall also be: Reinaldo E. Cestero, Cestero & Co., 511 Hostos Avenue, Suite 203, Hato Rey, Puerto Rico; PO Box 194511, San Juan, PR 00919-4511.

SO ORDERED.

In San Juan, Puerto Rico, this 9th day of May, 2000.

U.S. DISTRICT JUDGE